RECEIVED
Civil Clerk's Office
MAR 1 5 2017
Superior Court
District of Columbia
Washington, D.C.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

SAMUEL SHIPKOVITZ,
Temp. address: 5829 Nicholson Street
    Pittsburgh, PA 15217
    Plaintiff,

v.

PHILIP CARRILLO,
    and
ADVANCED DISCOVERY, Inc.
    1920 N Street, N.W.   6th Flr.
    Washington, DC 20036
[Serve: Troy Chisolm, Registered Agent
    1120 Vermont Ave., N.W., #300, DC 20005]
and

JUNE BURTON,
    and
KIRKLAND & ELLIS LLP
    655 15th Street, N.W.
    Washington, DC 20005
[Serve: National Registered Agents, Inc.
    1015 15th St., N.W.,#1000, DC 20005]
    and
JEFF SESSIONS, Attorney General
U.S. DEPARTMENT OF JUSTICE
Serve:
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001   and U.S. Atty.-DC
    Defendants.

Civil No. 18-0001833

FILED
CIVIL ACTIONS BRANCH
MAR 1 5 2018
Superior Court
of the District of Colombia
Washington, DC.

## COMPLAINT

Parties

1. Plaintiff, Samuel Shipkovitz,("SS") presently a resident of Pennsylvania, suffered reverse racial discrimination, age discrimination, national origin discrimination and religious discrimination at the hands of the defendants and intentional business and contractual opportunities interference by Defendants Carrillo and Advanced Discovery("AD").[1]

2. AD was Plaintiff's employer on a project basis from 2013 until some time before end of September, 2015. The work was performed at 1920 N Street, N.W., Washington, DC 20036.

---

[1] Plaintiff was in negotiations with DC attorney Steven Silverberg, who changed the basis for representation. A new attorney is being sought at this time.



3. Defendant Carrillo ("PC") was AD's head of HR for attorney hiring, terminated Plaintiff at the orders of Defendant Burton/Kirkland & Ellis; Burton ordering same at the request of fellow black female Shari (last name not confirmed), infra.

PC terminated SS but implied until Sept., 2015 that it was a layoff for downsizing. In Sept., 2015 PC admitted that he had been fired and put on AD's DoNotRehire list. When SS objected, PC continued an unknown plan to interfere with SS's efforts to obtain employment with his previous employer DTI—not knowing that PC had been at DTI previously and had badmouthed the Plaintiff with DTI. SS had worked for DTI for over a year prior to his employment with AD—all without incident.

4. June Burton, a black female, was the contract supervisor of Kirkland & Ellis ("KE") supervising the work that AD performed for KE.

5. Kirkland & Ellis/KE was the contractual principal of agent AD for the relevant work performed by AD's employees, including Plaintiff.

Jurisdictional

7. Jurisdiction is based on questions of federal and D.C. law, including ADEA, 29 U.S.C. 621,et seq., 626 , including (c),29 U.S.C. 216, including (b), ADA, 29 U.S.C. 12101, et seq.

28 U.S.C. 1343, 1331. Also see D.C. Code 2-1402.11 , including (a)(1), 2-1401.02, including (2) [age discrimination]

Plaintiff has not yet received a Right To Sue Letter and request that such Count, infra, be stayed until same.

Venue

8. Venue is proper in the District of Columbia as all known offending acts occurred in the District of Columbia.28 U.S.C. 1391.

Background

10. Plaintiff, then aged 69, began working for AD for various projects that AD had for law firms in the DC area in 2013.

Plaintiff has an earned Ph.D. in Electrical Engineering and is a member of the OH (inactive), VA (inactive), DC and Patent Bars; and had significant experience at various engineering positions and academic positions prior to completing law school in 1979. He has never been a subject of any investigation and is active and in good standing where he is active.

He was first hired by AD in 2013 to work on a patent project with 5 others first involving a matter involving a division of GM.

He worked on 3 other projects without incident, including a project for KE related to Charter Communications in which JB/KE were the contractor. Another project involved a municipal water/sewer parts distributor was being investigated. His supervisor on all these projects was Andrew Hoenig,("AH") with whom he never had disputes (PC first told SS that Andrew fired him, it was later determined that JB/KE ordered SS fired at the request of coworker black female Shari)

11. Sometime in late Feb., 2015-March, 2015 an unknown black female Shari [last name unclear] moved across the workroom without the required permission of AD's AH and moved to the workstation next to Plaintiff. Shari began openly relating that she was a Baltimore civil rights attorney and black activist, member of a black sorority and that she had had a baby out of wedlock.

12. She immediately began making innane non-work-related complaints about SS to supervisor AH, such as she objected to his choice of food he ate (even though it was purchased at numerous restaurants in the 20th/M area). SS met with AH who politely implied she was offbase, but to appease her SS should dispose of his meals at the kitchen garbage cans. All employees were supposed to eat at their desks for maximum work output.

This project involved sensitive documents which Plaintiff dealt with in an objective fashion and marked Responsive when appropriate. It is more than possible that KE/Burton wanted them hidden from the U.S. Justice Dept. and the F.C.C., and as such was another unlawful reason to terminate Plaintiff. A complaint to the Justice Dept. has been made.

13. Several days after Shari's various complaints, included objecting to SS's use of HIS underdesk space to temporarily hold items purchased at the nearby CVS (AH related to this to SS implying Shari was noncompos), Plaintiff was terminated; Plaintiff being falsely told that it was a layoff due to downsizing the project.

14. Plaintiff, not knowing the truth, continued applying to AD on various projects, but was never selected even when they involved patent, ANDA or technical matters.

15. In late Sept., 2015, Plaintiff called PC who informed Plaintiff that he had been terminated, not laid off, and put on AD's DoNotRehire list. Plaintiff had not known this until then. Plaintiff never believed that AH, with whom he had a positive relationship with, was involved; but until then ADS/PC had repeatedly implied that AH fired Plaintiff. PC stated that the incidents with Shari and other non-work-related issues were the reason.

16. PC formerly worked for Hudson which became a division of DTI. Prior to working for AD, SS had worked for over a year for DTI on various patent, environmental equipment and technical matters, including for Chevron and various divisions and subsidiaries. After AD, Plaintiff had repeatedly applied to work again for DTI, but was never selected. It was later found out that PC had come from Hudson/DTI, kept up his relationships with them and helped his assistant Emily

3

Small go to work for DTI. PC and/or via Emily had badmouthed Plaintiff with DTI to prevent his reemployment. Plaintiff later found out that he had been put on DTI's DoNotRehire list.

17. Given that the only events were the Shari (black female/activist) complaints, Plaintiff filed a reverse discrimination complaint with DC OHR.

18. At a chance meeting at a local library, Plaintiff ran into AH who said he could not discuss the matter and implied he was not involved in Plaintiff's termination. This turned out to be true, *infra*.

19. On Aril 19, 2017 a DC OHR meeting took place where AD's D. Pioli admitted that Plaintiff was terminated on orders of KE's June Burton, a black female, KE's on-site supervisor over AD.

**COUNT ONE- REVERSE DISCRIMINATION [Title VII Civil Rights Act of 1964; DC Human Rights Act and associated law]; ALL DEFENDANTS**

41. Plaintiff herby incorporates by reference the above paragraphs as if fully repeated herein.

42. AD and its PC cooperated with KE and its black female supervisor Burton in firing Plaintiff because of the complaints that Shari made to Burton when AD's AH did not comply with her wishes to fire the white old Jewish Russian-heritage coworker for no work related reason.

43. Shari had bragged in the workroom that she was a black activist in Baltimore prior to moving to Silver Spring. Plaintiff ignored her anti-white, borderline antisemitic and other racist comments. She bragged that she had a child out of wedlock.

44. As stated, she moved intentionally and without required permission from her assigned workstation to the workstation next to Plaintiff.

45. Her complaints were all non-work-related [she could not see Plaintiff's work product], such as choice of foods, CVS bags under HIS desk, etc. All her complaints to AH were reviewed by him as frivolous, but he attempted to appease her, such as asking Plaintiff to throw his food leftovers in the kitchen garbage can rather than the one closest to him.

46. When AH refused to terminate SS, she went to fellow black female Burton who then ordered AD to fire Plaintiff.

47. AD's PC fired Plaintiff with no stated reason in writing but implied it was a downsizing.

48. As stated, after applying for many other AD projects until said September, 2015, including patent, ANDA and technical projects, he called PC who then admitted he fired SS—not laid off, and he, PC, had placed SS on AD's DoNotRehire list.

49. Pursuant to U.S. Title VII, Civil Rights Act of 1964, other relevant federal antidiscrimination law, Dc Human Rights Act and associated DC antidiscrimination law. Plaintiff suffered racial [reverse] discrimination, age discrimination (over 65), national origin discrimination {Russian heritage}, religious discrimination [Jewish].

4

50. Plaintiff was paid $32/he and required to work 60 hours a week [he often worked 65+]. He is due backpay from said date of termination to the present:

40x32+20x48=$2240/week x 50 x 3=$336,000 in backpay.

51. This does not include the damages PC himself intentionally inflicted on Plaintiff by badmouthing Plaintiff to DTI and perhaps others.

52. This Court is believed administratively stayed on this Count pending a decision by DC OHR.

53. As evidence of the quality of Plaintiff's work: in a FoleyLardner/AD patent matter, the partner-in-charge in the video debriefing conference (viewed by AH) specifically complimented and thanked Plaintiff for his superior work.

54. AD for months falsely claimed that AH was the person who fired Plaintiff. It was recently disclosed that AH was terminated by AD in favor of a less expensive import from Michigan and has made it known on the internet that AD fired him without reason.

55. IN addition to backpay, and any other financial damages allowed by law, and attorney fees and costs Plaintiff requests that KE's Burton be referred to the DC Bar for investigation as to discrimination, violations of DC's Attorney Legal Ethics Rules, and other violations and hopefully suspended for 5 years. PC was/is not an attorney yet he unlawfully roamed the confidential materials and computers in violation of legal ethics and corporate security. There were also rumors that PC was roaming around cruising for "dates". That SS might have been fired for disclosing a relevant document to USDOJ and/or FCC, is good cause for AD's debarment from being involved in federal agency proceedings [antitrust matters, FCC public interest matters] re document review.

### COUNT TWO-BUSINESS AND CONTRACTUAL RELATIONS INTERFERENCE- AD and PC

60. Plaintiff incorporates by reference the previous paragraphs as if fully repeated herein.

61. As stated, AD's PC previously worked for years for Hudson/DTI.

62. As stated, Plaintiff prior to working for AD, worked for over a year for DTI without incident and also with praise [He was appointed the lead patent attorney in the SheridanRoss rare earths patent project by DTI supervisor Dan after the first week].

63. Upon information and belief ( including a chance conversation with a DTI office employee), PC and his former assistant Emily [who went to work for DTI], defamed Plaintiff, made false and disparaging statements and achieved his goal of DTI not rehiring Plaintiff and putting him on *their* DoNotRehire List—despite Plaintiff never having any issue of any kind while employed by DTI.

5

64. PC intentionally and maliciously interfered with Plaintiff's prospective contractual relations, existing contractual relations, and maliciously defamed him preventing employment.

65. These acts occurred while PC was/is an employee of AD and in furtherance of AD/PC's objective to prevent Plaintiff from employment and/or business. Despite diligent efforts, Plaintiff has been unemployed since mid-2015.

66. WHEREFORE, Plaintiff is due said $336,000 in compensatory damages, plus at least $672,000 in punitive damages from PC and its principal AD.

### COUNT THREE-NEGLIGENCE-PERSONAL INJURY-VIOLATIONS OF ADA, ADEA -Defendant AD only

81. Plaintiff incorporates by reference the above paragraphs as if fully repeated herein.

82. Sometime in Feb.-March, 2015 [records presently unavailable], Plaintiff, then 72, went to the only Mens' Room on the floor.

Said Mens' Room did not have HP grab bars to assist in getting up from a toilet seat.

83. Having no grab bar, Plaintiff attempted to lift himself from the toilet seat by use of his knees alone.. As he got up his left knee went out, became unstable and he fell backward but got upright, but began muscle spasms, pain and instability in walking.

84. Plaintiff went to the GWU Urgent Care Unit [more than once] which diagnosed his injury as various knee muscles and tissue damage caused by attempting to lift his 206 lb. body by his knees alone.

85. AD's AH, upon learning of this incident, disclosed that the "supply room" with red sign marked "RESTRICTED", was actually the required HP bathroom. He gave Plaintiff a copy of the key and instructed Plaintiff not to tell anyone and to enter without being seen.

86. Despite various examinations and exercises and balls, Plaintiff still suffers pain in his left knee caused by the strain and damage to his left knee muscles and tissue.

87. WHEREFORE, Plaintiff is due his medical bills, pain and suffering, lost earnings, and compensation for permanent damage caused by the negligence of AD and its intentional hiding of the required HP bathroom.

90. In addition, Plaintiff prays for all attorney fees, costs, and other awards as merited.

### COUNT FOUR – USDOJ FAILURES TO ENSURE LEGAL AND TRUSTWORHY DATA BEING SUBMITTED TO US GOVERNMENT; USDOJ ON NOTICE; PLAINTIFF AND OTHERS SIMILARLY SITUATED AS EMPLOYEES OF CONTRACTOR TO LAW FIRM SUBMITTING DOCUMENTS TO

## USDOJ AT RISK OF TERMINATION FOR MARKING SENSITIVE DOCUMENTS RESPONSIVE WHEN LAW FIRM AND ITS CLIENT WANT SUCH DOCUMENTS WITHHELD; ONLY BEING DIRECT EMPLOYEE OF LAW FIRM CAN ASSURE INTEGRITY OF DOCUMENT REVIEW;

### CONSIDERATION OF QUI TAM

**100**. Plaintiff incorporates by reference the above paragraphs as if fully repeated herein.

101. Plaintiff alleges that in addition to the facts stated above, that it is highly likely that an additional cause for is termination is that he marked sensitive documents 'Responsive' that the law firm desired to be withheld. By having a contractor as its agent, the law firm can attempt to distance itself from this goal with the achievement of a document review in response to a USDOJ and/or FCC subpoena by a contractor who can fire honorable reviewers with purported impunity. Only the law firm has ethical duties that it might abide by, but with contractors such as AD instructed by a nod and a glance that sensitive negative documents are never see the light of day.

102. This practical and ethical reality has caused many of the large law firms, such as Covington & Burling, to directly hire the needed document reviewers as direct employees of the law firm self, to void even the appearance of impropriety.

103. Approximately ten years ago, Plaintiff and others were faced by such implied threats by agent contractor X and its equivalent to PCarrillo, one Frank G. Nonlawyer FG, like Carrillo, roamed the confidential materials areas at will] not only threatened employees with termination but went so far as to assault and batter some who, in his opinion, did not toe the line. The Justice Dept. including its Antitrust Div., were notified, but no known action ever resulted.

AD'S (previous) General Counsel Jessica Presswood, in both emails and orally issued "Cease and Desist" orders to Plaintiff and verbally threatened Plaintiff with a lawsuit and bar complaint if he contacted any employees of AD, which Plaintiff did. Presswood should be investigated by Bars of which she is a member. She need be investigated by USDOJ for obstruction of justice. At the very least, submitting responses to government subpoenae with omissions is a false report prosecutable under 18 U.S.C. 1001.

104. As a result of such continued government negligence, the Plaintiff and others suffered and continue to suffer termination for doing an honest job, for which the integrity of USDOJ subpoena responses depend. While direct hiring may have some risks, at least the law firm's conduct itself is directly reviewable by the government. **To say that the subpoena responses to USDOJ provided by many contractors such as AD are unreliable is an understatement.**

105. But for the negligence and inaction of USDOJ, Plaintiff and other contract attorneys were completely vulnerable to the at best whims if not criminal acts of contractor AD, nonlawyer PC [who roamed the confidential materials area at will) and the law firm KE and its June Burton.

106. As a result, Plaintiff prays that the USDOJ be jointly liable for compensatory damages, be awarded any applicable qui tam [or whistleblower] compensation as appropriate, and AD be investigated and hopefully debarred from being a contractor on document review on federal subpoenae for five (5) years.

*************************************************************

A jury trial is demanded.

Respectfully submitted,

Samuel Shipkovitz
Plaintiff

Temporary: 5829 Nicholson Street
Address   Pittsburgh, PA 15217
          202/787-3936

D5



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133


Civil Clerk's Off...
MAR 1 5 2017
Superior Cou...
District of Columbi...

SAMUEL SHIPKOVITZ
_____ Plaintiff

vs.

ADVANCED DISCOVERY, INC.
Serve: Troy Chisolm, Registered Agent
1120 Vermont Ave., NW, #300
Washington, DC 20005        Defendant

Case Number  18-0001833

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

SAMUEL SHIPKOVITZ
Name of Plaintiff's Attorney
c/o 5918 Holland Rd
Address
Rockville, MD 20851
202/787-3936
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 3/16/18

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                    CASUM.doc



## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____ Demandante
         contra
                                                 Número de Caso: _____
_____ Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
                  Subsecretario

_____
Dirección

Fecha _____

_____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Đề có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133


District of Columbia

SAMUEL SHIPKOVITZ
_____ Plaintiff

vs.

Case Number  18-0001833

KIRKLAND & ELLIS, LLP
Serve: National Registered Agents, Inc Defendant
1015 15th St., N.W, #1000
Washington DC 20005          **SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

SAMUEL SHIPKOVITZ
Name of Plaintiff's Attorney

℅ 5918 Holland Rd.
Address
Rockville, MD 20851
202/787-3936
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 3/16/18

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011      CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____ Demandante
         contra
                                              Número de Caso: _____
_____ Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                         *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante
                                                         Por: _____
                                                                        Subsecretario
_____
Dirección
_____
                                                         Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

    Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                                      Vea al dorso el original en inglés
                                      See reverse side for English original

                                                                                                                        CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

SAMUEL SHIPKOVITZ
_____
Plaintiff

vs.

JUNE BURTON
Serve: National Registered Agents, Inc
1015 15th St, NW #1000
Washington, DC 20005
_____
Defendant

Case Number   18 - 0 0 0 1 8 3 3

C._____ __ _____
__ __
_____
District of Columbia

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

SAMUEL SHIPKOVITZ
Name of Plaintiff's Attorney

c/o 5918 Holland Rd.
Address
Rockville, MD 20851

202/787-3936
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date  3/16/18

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                          CASUM.doc



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### 500 Indiana Avenue, N.W., Suite 5000
### Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                      Demandante

                contra

                                                        Número de Caso: _____

_____
                                      Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

Por: _____
                  Subsecretario

Dirección
_____
_____

Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

SAMUEL SHIPKOVITZ
_____ Plaintiff

**18-0001833**

vs.

JEFF SESSIONS, ATTORNEY GENERAL  Case Number _____
U.S. DEPT. OF JUSTICE
Serve: 950 PENNSYLVANIA AVE., N.W.  Defendant
WASHINGTON, DC 20530-0001

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

SAMUEL SHIPKOVITZ
Name of Plaintiff's Attorney

c/o 5918 Holland Rd
Address
ROCKVILLE, MD 20851

202/787-3936
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 3/16/18

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                        CASUM.doc



## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____ Demandante
                contra
                                        Número de Caso: _____
_____ Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

Por: _____
                                        Subsecretario
Dirección

Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오.    የአማርኛ ት-ርጉ-ም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

    Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

SAMUEL SHIPKOVITZ
_____ Plaintiff

vs.

Philip Carrillo _____ Defendant
Serve Troy Chisolm, Registered Agent
1120 Vermont Ave, NW #300
Washington, DC 20005

Case Number  18-0001833

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

SAMUEL SHIPKOVITZ
Name of Plaintiff's Attorney

℅ 5918 Holland Rd.
Address
Rockville, MD 20851

202/787-3936
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 3/16/18

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ.

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011

CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____ Demandante

contra

                                                Número de Caso: _____

_____ Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____
_____             Subsecretario
Dirección

_____
                                    Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요.    ያማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.**

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

Case Number: **18-0001833**

SAMUEL SHIPKOVITZ
vs
Philip CARRILLO, ET AL.

Date: MARCH 2018

☒ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* SAMUEL SHIPKOVITZ | Relationship to Lawsuit |
| ~~Firm Name:~~ PRO SE | ☐ Attorney for Plaintiff |
| Telephone No.: 202 7873936 ~~Six-digit Unified Bar No.:~~ | ☒ Self (Pro Se) |
| | ☐ Other: |

TYPE OF CASE: ☐ Non-Jury   ☒ 6 Person Jury   ☐ 12 Person Jury
Demand: $ 336,000 COMPENSATORY   Other: PUNITIVE DAMAGES, PERSONAL INJURY

PENDING CASE(S) RELATED TO THE ACTION BEING FILED  DC OHR
Case No.:_____   Judge:_____   Calendar #:_____
Case No.:_____   Judge:_____   Calendar#:_____

---

**NATURE OF SUIT:** *(Check One Box Only)*

### A. CONTRACTS                               COLLECTION CASES

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☒ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation Under $25,000 Consent Denied

### B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass

### C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☒ 11 Libel and Slander
☒ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☒ 16 Negligence- (Not Automobile, Not Malpractice)

☒ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

## Information Sheet, Continued

**C. OTHERS**
- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [x] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**
- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**
- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_/s/ A. Shychrost_ — ~~Attorney's~~ Signature

March 1, 2018 — Date

CV-496/ June 2015